418 F.2d 920
 Alvin E. DAVIS, Plaintiff-Appellee-Cross Appellant,
v.
ASSOCIATED PIPE LINE CONTRACTORS, INC., Travelers Insurance
Company, and J. Ray McDermott & Company, Inc.,
Defendant-Third Party Plaintiff-Appellant-Cross Appellee, v.
OFFSHORE CREWBOATS, INC., Third-Party Defendant-Appellee.
 No. 27475.
 United States Court of Appeals Fifth Circuit.
 Nov. 13, 1969, Rehearing Denied Dec. 16, 1969.
 
 Edmund E. Woodley, Meredith T. Holt, Holt & Woodley, Lake Charles, La., for defendant-appellants.
 Baggett, Hawsey & McClain, Lake Charles, La., for Alvin E. Davis, appellee-appellant; Wm. B. Baggett, Lake Charles, La., of counsel.
 Benjamin W. Yancey, Francis Emmett, Bruce W. Dinwiddie, New Orleans, La., Terriberry, Carroll, Yancey & Farrell, New Orleans, La., of counsel, for Offshore Crewboats, Inc., third-party defendant-appellee.
 Before RIVES, BELL and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 We are convinced that the carefully written opinion of the District Court, 305 F.Supp. 1345, correctly disposes of all the issues raised on appeal by the respective parties. The judgment is
 
 
 2
 Affirmed.